# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

NO. 5:12-M-1431

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v | ) **ORDER** |
| | ) |
| SHAKQUAN M. JORDAN, | ) |
| | ) |
| Defendant. | ) |

This Cause comes before the Court upon the Government's motion to dismiss the above captioned matter. (DE-11). The motion is GRANTED and this matter is HEREBY DISMISSED.

SO ORDERED in Chambers at Raleigh, North Carolina on Thursday, June 06, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE